United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 18-16479-amc
Doris I. Yarbrough                                                        Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Stacey              Page 1 of 1              Date Rcvd: Oct 01, 2018
                              Form ID: 130              Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 03, 2018.
db             +Doris I. Yarbrough,    115 E Gorgas Lane,    1st Floor Rear,    Philadelphia, PA 19119-2151

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 03, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 1, 2018 at the address(es) listed below:
      MICHAEL A. CIBIK2    on behalf of Debtor Doris I. Yarbrough ecf@ccpclaw.com,
       igotnotices@ccpclaw.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                                       TOTAL: 3

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re:    Chapter: 13

Doris I. Yarbrough

Debtor(s)    Bankruptcy No: 18–16479–amc

*O R D E R*

**AND NOW,** this 1st day of October 2018 , the debtor having failed to file or submit with the petition all of the documents required by Fed. R. Bankr. P. 1007,

It is hereby ORDERED that:

1. This case **MAY BE DISMISSED WITHOUT FURTHER NOTICE** if the documents listed below are not filed by deadline also listed below:

Documents and Deadline

Matrix List of Creditors due 10/5/2018
Atty Disclosure Statement due 10/12/2018
Chapter 13 Plan due by 10/12/2018
Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period
Form 122C–1 Due 10/12/2018
Schedules AB–J due 10/12/2018
Statement of Financial Affairs due 10/12/2018
Summary of Assets and Liabilities Form B106 due 10/12/2018

2. Any request for an extension of time must be filed prior to the expiration of the deadlines listed above in Paragraph 1.

By the Court

Ashely M. Chan
Judge , United States Bankruptcy Court

5
Form 130