**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                    :        CHAPTER  13

DORIS YARBROUGH

      DEBTOR                     :        BKY. NO.  18-16479AMC13

O R D E R

AND NOW, this 10th day of October, 2018 upon consideration of Debtor's Application for an Extension of Time to file Chapter 13 matrix and list of creditors.

It is Ordered that the Motion is Granted. Debtor has until **10/12/2018** to file the necessary matrix and list of creditors in the above captioned matter.

By the Court:

_____
Hon. Ashely M. Chan
U.S. Bankruptcy Court Judge

cc:    Michael A. Cibik, Esquire
       Cibik & Cataldo, P.C
       1500 Walnut Street
       Suite 900
       Philadelphia, PA 19102

       William C. Miller, Trustee
       P.O. Box 1229
       Philadelphia, PA 19105