United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 18-16479-amc
Doris I. Yarbrough                                                      Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: Stacey            Page 1 of 1              Date Rcvd: Oct 11, 2018
                            Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 13, 2018.
db             +Doris I. Yarbrough,    115 E Gorgas Lane,    1st Floor Rear,    Philadelphia, PA 19119-2151

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 13, 2018                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 11, 2018 at the address(es) listed below:
      KEVIN G. MCDONALD    on behalf of Creditor   Wells Fargo Bank N.A., as Trustee, et al...
       bkgroup@kmllawgroup.com
      MICHAEL A. CIBIK2    on behalf of Debtor Doris I. Yarbrough ecf@ccpclaw.com,
       igotnotices@ccpclaw.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                TOTAL: 4

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                         :        CHAPTER  13

DORIS YARBROUGH

    DEBTOR              :        BKY. NO.  18-16479AMC13

O R D E R

    AND NOW, this 10th day of October, 2018 upon consideration of Debtor's Application for an Extension of Time to file Chapter 13 matrix and list of creditors.

    It is Ordered that the Motion is Granted. Debtor has until **10/12/2018** to file the necessary matrix and list of creditors in the above captioned matter.

By the Court:

_____
Hon. Ashely M. Chan
U.S. Bankruptcy Court Judge

cc:    Michael A. Cibik, Esquire
       Cibik & Cataldo, P.C
       1500 Walnut Street
       Suite 900
       Philadelphia, PA 19102

       William C. Miller, Trustee
       P.O. Box 1229
       Philadelphia, PA 19105