**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| Doris Yarbrough | | |
| (DEBTOR) | : | Bankruptcy No. 18-16479AMC13 |

**O R D E R**

AND NOW, this 13th day of November, 2018 upon consideration of Debtor's Motion to Avoid Judicial Lien of **Bank of America, N.A**, and any answer and after a hearing

It is Ordered that the Motion is Granted. The Judicial lien of Bank of America, N.A upon Debtor's residence 115 E. Gorgas Lane, 1st Floor rear, Philadelphia, PA pursuant to Civil Action 180500634 and judgement entered on September 24, 2018 in the amount of $5,954.98 impairs Debtor's exemption under 11 U.S.C 522 (d)(1) and is avoided upon Discharge.

By the Court:

_____
Hon. Ashely M. Chan
U.S. BANKRUPTCY JUDGE

cc:   Michael A. Cataldo, Esquire
Cibik & Cataldo, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102

William C. Miller, Esquire
Chapter 13 Trustee
PO Box 1229
Philadelphia, PA 19105

Frederic I. Weinberg, Esquire
375 East Elm Street
Suite 210
Conshohocken, PA 19428