United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 18-16479-amc
Doris I. Yarbrough                                                        Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: PaulP              Page 1 of 1              Date Rcvd: Nov 13, 2018
                              Form ID: pdf900          Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 15, 2018.
db             +Doris I. Yarbrough,    115 E Gorgas Lane,    1st Floor Rear,    Philadelphia, PA 19119-2151
               +Bryan Moynihan, CEO,   Bank of America, NA,    655 Paper Mill Road,    Newark, DE 19711-7500
               +Frederic I. Weinberger, Esq.,    375 East Elm Street,    Suite 210,    Conshohocken, PA 19428-1973

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 15, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 13, 2018 at the address(es) listed below:
              KEVIN G. MCDONALD    on behalf of Creditor    Wells Fargo Bank N.A., as Trustee, et al...
               bkgroup@kmllawgroup.com
              MICHAEL A. CATALDO2    on behalf of Debtor Doris I. Yarbrough ecf@ccpclaw.com,
               igotnotices@ccpclaw.com
              MICHAEL A. CIBIK2    on behalf of Debtor Doris I. Yarbrough ecf@ccpclaw.com,
               igotnotices@ccpclaw.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                             TOTAL: 5

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                   :        Chapter 13
Doris Yarbrough

(DEBTOR)                          :        Bankruptcy No. 18-16479AMC13

**O R D E R**

AND NOW, this 13th day of November, 2018 upon consideration of Debtor's Motion to Avoid Judicial Lien of **Bank of America, N.A**, and any answer and after a hearing

It is Ordered that the Motion is Granted. The Judicial lien of Bank of America, N.A upon Debtor's residence 115 E. Gorgas Lane, 1st Floor rear, Philadelphia, PA pursuant to Civil Action 180500634 and judgement entered on September 24, 2018 in the amount of $5,954.98 impairs Debtor's exemption under 11 U.S.C522 (d)(1) and is avoided upon Discharge.

By the Court:

_____
Hon. Ashely M. Chan
U.S. BANKRUPTCY JUDGE

cc:    Michael A. Cataldo, Esquire
       Cibik & Cataldo, P.C.
       1500 Walnut Street, Suite 900
       Philadelphia, PA 19102

       William C. Miller, Esquire
       Chapter 13 Trustee
       PO Box 1229
       Philadelphia, PA 19105

       Frederic I. Weinberg, Esquire
       375 East Elm Street
       Suite 210
       Conshohocken, PA 19428