# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                :        CHAPTER 13
Doris I. Yarbrough

      DEBTOR              :        BKY. NO.  18-16479AMC13

## CERTIFICATION OF NO RESPONSE

I, Michael A. Cataldo, Esquire, hereby certify that no answer, objection, other responsive pleading or request for hearing has been filed within the time allowed by law to the Notice of Application and Application to Approve Counsel Fees.

      Respectfully Submitted,

Date:  January 3, 2019         _____s/_____
      MICHAEL A. CATALDO, ESQUIRE
      CIBIK & CATALDO, P.C.
      1500 WALNUT STREET, STE. 900
      PHILADELPHIA, PA  19102
      (215) 735-1060