IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: DORIS YARBROUGH,
            Debtor(s).

Case No. 18-16479AMC13

Chapter 13

ORDER APPROVING APPLICATION FOR COMPENSATION

**AND NOW**, this  24th  day of  June , 2019 , upon consideration of the Application for Compensation, it is

**ORDERED** that compensation of **$4,080.00** is allowed and the balance due to counsel in the amount of **$3,080.00** shall be disbursed by the Trustee to the extent provided for in the confirmed plan.

BY THE COURT

_____
HON. ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE

CIBIK & CATALDO, P.C.
Counsel for Debtor(s)
1500 Walnut St Ste 900
Philadelphia, PA  19102
ecf@ccpclaw.com

WILLIAM C. MILLER, ESQ.
Chapter 13 Trustee
PO Box 1229
Philadelphia, PA  19105
ecfemails@ph13trustee.com

DORIS YARBROUGH
Debtor(s)
115 E Gorgas Lane
Philadelphia, PA  19119