# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No. 18-16479-mdc |
| | : | |
| Doris I. Yarbrough, | : | Chapter 13 |
| | : | |
| Debtor. | : | |

## SUGGESTION OF DEATH

To the Clerk of Court:

I regret to inform you that upon information and belief, the Debtor Doris I. Yarbrough died in July 2021.


Date: December 3, 2021                                    CIBIK LAW, P.C.
                                                          *Counsel for Debtor*

                                                          By: /s/ Michael I. Assad
                                                              Michael I. Assad (#330937)
                                                              1500 Walnut Street, Suite 900
                                                              Philadelphia, PA 19102
                                                              215-735-1060
                                                              mail@cibiklaw.com