**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:

                              Chapter 13

                              Bankruptcy No. 18-16479-MDC

DORIS I YARBROUGH

115 E. GORGAS LANE
1ST FLOOR REAR
PHILADELPHIA, PA 19119

      Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    DORIS I YARBROUGH

    115 E. GORGAS LANE
    1ST FLOOR REAR
    PHILADELPHIA, PA 19119

Counsel for debtor(s), by electronic notice only.

    MICHAEL A. CIBIK, ESQ.
    1500 WALNUT STREET
    SUITE 900
    PHILADELPHIA, PA 19102-

                                                /S/ Kenneth E. West

Date: 12/22/2021                                      _____

                                                         Kenneth E. West, Esquire
                                                         Chapter 13 Standing Trustee